# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00020-CV

Spivey's Welding Service, Inc.,
Appellant

v.

Mel Priest,
Appellee

On appeal from the
414th District Court of McLennan County, Texas
Judge Ryan Luna, presiding
Trial Court Cause No. 2024-727-5

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

### MEMORANDUM OPINION

Appellant, Spivey's Welding Service, Inc., filed a motion to voluntarily dismiss this appeal on April 15, 2025. The motion is granted. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: April 24, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
CV06

